UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X
Aereo, Inc.                                             :
                                                        :
                                Debtor,       :
                                                        :
---------------------------------------------------------------------------X   14-cv-09829 (AJN)
AMERICAN BROADCASTING                                   :
COMPANIES, INC., *et al.*,                              :
                                                        :
                                Movant,       :
       v.                                               :
                                                        :
AEREO, INC.,                                            :
                                                        :
                              Respondent.   :
---------------------------------------------------------------------------X

**JOINT STATUS UPDATE REGARDING**
**MOTION FOR WITHDRAWAL OF THE REFERENCE**

TO:   THE HONORABLE ALISON J. NATHAN,
        UNITED STATES BANKRUPTCY JUDGE

      The parties jointly submit this response to the Court's Order dated April 3, 2015 ("Order") requesting a status update as to "the possible effect, if any, of recent activity in the bankruptcy court on the pending motion to withdraw the reference." [Dkt. No. 26]  The Broadcasters, Aereo, Inc. and the Committee of Unsecured Creditors are discussing a global settlement.  There is a hearing before Judge Lane on April 21, 2015.  The parties respectfully request that the Court set May 21, 2015 as the date by which the parties shall submit a further status report.  The parties note that status reports in other cases pending before this Court and stayed in connection with Aereo's bankruptcy currently are due on May 21, 2015.  [Dkt. No. 355 (case no. 12-1540), Dkt. No. 316 (case no. 12-1543), and Dkt. No. 46 (case no. 13-3013)].

Dated: April 10, 2015
       New York, New York       Respectfully submitted,

/s/ Julie A. Shepard
Julie A. Shepard
Richard L. Stone
Amy M. Gallegos
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Tel: 213-239-5100

Patrick J. Trostle
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 891-1600

Catherine Steege
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60613
Tel: (312) 222-9350

*Counsel for WNET; THIRTEEN; Fox Television Stations, Inc.; Twentieth Century Fox Film Corporation; WPIX, LLC; Univision Television Group, Inc.; The Univision Network Limited Partnership; and Public Broadcasting Service; KSTU LLC; Fox Broadcasting Company; and KUTV Licensee, LLC*

/s/ Yehudah L. Buchweitz
Yehudah L. Buchweitz
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Tel:   (212) 310-8000

*Counsel for CBS Broadcasting Inc.; and CBS Studios Inc.*

/s/ Bruce P. Keller
Bruce P. Keller
M. Natasha Labovitz
Michael Potenza
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel: 212-909-6000

*Counsel for American Broadcasting Companies, Inc.; and Disney Enterprises, Inc.*

/s/ Michael V. Blumenthal
Michael V. Blumenthal
Jennifer A. Christian
THOMPSON & KNIGHT LLP
900 Third Avenue, 20th Floor
New York, NY 10022-4728
Tel: (212) 751-3001

*Counsel for NBCUniversal Media, LLC; NBC Studios, LLC; Universal Network Television, LLC; Telemundo Network Group LLC; and WNJU-TV Broadcasting LLC*

/s/ William R. Baldiga
William R. Baldiga
R. Benjamin Chapman
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Tel: 212-209-4800

*Counsel for the Debtor and Debtor-in-Possession*