

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

July 31, 2015

Hon. Alison J. Nathan
United States District Judge
Southern District of New York
500 Pearl Street, Rm. 615
New York, New York 10007

**Am. Broad. Cos., Inc., et al. v. Aereo, Inc., 14-cv-09829-AJN**
**Withdrawal of Attorney**

Dear Judge Nathan:

I am no longer employed by the firm of Debevoise & Plimpton LLP, the attorneys for plaintiffs American Broadcasting Companies, Inc.; Disney Enterprises, Inc.; CBS Broadcasting Inc.; CBS Studios Inc.; NBCUniversal Media, LLC; and NBC Studios, LLC, in the above-captioned matter. Other attorneys at Debevoise & Plimpton LLP also have appeared in this matter and will continue to represent its clients.

I hereby respectfully request the Court's permission to withdraw from this matter and have my name removed from the Court's docket and electronic mailing distribution list. Please endorse this letter below, which will allow the clerk to modify and update the Court's records accordingly.

Thank you for your attention to this request.

Respectfully submitted,

Michael Potenza

SO ORDERED:

_____
USDJ